THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| MASONRY SECURITY PLAN OF WASHINGTON; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHNSON BROTHERS LANDSCAPING, LLC, a Washington limited liability company, <br><br> Defendant. | Civil Action No. 2:22-cv-01328-JHC <br><br> ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND RELATED DATES |

This matter having come before the Court on the written stipulation of the parties hereto, through their respective counsel, stipulating and agreeing that the trial set to begin on January 29, 2024, be continued, and good cause appearing therefor, it is hereby

IT IS SO ORDERED, ADJUDGED AND DECREED that for good cause shown, the Stipulated Motion to Continue Trial and Related Dates is GRANTED.  Trial in this case shall be reset for May 28, 2024.  The Clerk is directed to issue a new case scheduling order.

/ / / End of Order / / /

DATED this 21st day of December, 2023.

_____
John H. Chun
United States District Judge

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL – Page 2
2:22-cv-01328-JHC
9044-026