THE HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

MASONRY SECURITY PLAN OF WASHINGTON; et al.,

    Plaintiffs,

v.

JOHNSON BROTHERS LANDSCAPING, LLC, a Washington limited liability company,

    Defendant.

Civil Action No. 2:22-cv-01328-JHC

ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the written stipulation of the parties hereto, through their respective counsel, stipulating and agreeing that the Complaint in the above-entitled action may be dismissed with prejudice and without cost to the parties on the grounds that the same is fully compromised and settled, and good cause appearing therefor, it is hereby

ORDERED that pursuant to Federal Rule of Civil Procedure 41, the above-entitled action be and the same is hereby dismissed with prejudice, and without cost to the parties.

ORDER OF DISMISSAL
WITH PREJUDICE – Page 1
2:22-cv-01328-JHC

DATED this 14th day of March, 2024.

John H. Chun
United States District Judge

ORDER OF DISMISSAL
WITH PREJUDICE – Page 2
2:22-cv-01328-JHC